Law Offices
**R**apkin, **G**itlin & **B**eaumont
a partnership including professional corporations
21650 Oxnard Street, Suite 1620
Woodland Hills, CA 91367-4620
Telephone (818) 884-9998
Facsimile (818) 884-1087
lawoffices@rgblawyers.com

Larry F. Gitlin, Esq.

Attorneys for Plaintiff DAVID TEXTILES, INC.

**MADE JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACE TEXTILE, INC., a California corporation, | CASE NO. CV 08-00107 GW (MANx) |
| Plaintiff, | JUDGMENT FOR PERMANENT INJUNCTION |
| vs. | |
| SAMSHID SAZEGAR dba CONTINENTAL FABRIC; ELLIS SHARON GEOLA dba CONTINENTAL FABRIC; and Does 1 through 10, inclusive, | |
| Defendants. | |

Defendants SAMSHID SAZEGAR dba CONTINENTAL FABRIC and ELLIS SHARON GEOLA dba CONTINENTAL FABRIC ("Defendants") having failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure after service of the Complaint on Defendant ELLIS SHARON GEOLA dba CONTINENTAL FABRIC on January 11, 2008 and on Defendant SAMSHID SAZEGAR dba CONTINENTAL FABRIC on January 14, 2008, as evidenced by the Proofs of Service on file with the Court, and upon the entering of default by the clerk on March 13, 2008, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over Plaintiff, ACE TEXTILE, INC., a California corporation ("Plaintiff"), and Defendants, SAMSHID SAZEGAR dba CONTINENTAL FABRIC and ELLIS SHARON GEOLA dba CONTINENTAL FABRIC ("Defendants"), and over the subject matter of this action.

2. U.S. Registration No. VAu 747-055 ("Registration"), which is attached hereto as Exhibit "A," is good and valid in law as against Defendants and as limited to the particular fabric design in question.

3. Plaintiff is now, and has been at all times since June 12, 2007, the sole and exclusive owner of all right, title and interest in and to the specific design shown in Exhibit "C" attached hereto, which is one of the component designs comprising the "Eden Collection" for which the Registration was granted.

4. Defendants, by their use, promotion, distribution, reproduction and sale of textile fabric bearing the design shown in Exhibit "B" attached hereto, infringe Plaintiff's copyrighted fabric design shown in Exhibit "C" attached hereto and the Registration therefor in violation of the Copyright Act, 17 U.S.C. §101 et seq (collectively referred to as "Copyrighted Fabric Design").

5. With the exception of transactions in which Plaintiff is either a buyer or seller of textile fabrics described and referred to in this paragraph 5, Defendants, their respective, agents, representatives, servants and employees, and all other persons in active concert or privity with any of them who receive actual notice of this Judgment For Permanent Injunction by personal service or otherwise, are hereby permanently enjoined from using, manufacturing, purchasing, advertising, offering for sale, selling, distributing or reproducing textile fabrics that bear designs that are substantially similar or identical to the designs shown in Exhibits "B" and "C" hereto.

6. All other claims and causes of action that Plaintiff has alleged against Defendants are hereby dismissed, without prejudice.

7. All parties shall bear their own costs and attorneys fees.

///

1 | IT IS SO ORDERED.

3 | Dated: May 13, 2008        _____
  |                            GEORGE H. WU, U.S. District Judge

5 | PRESENTED BY:

6 | RAPKIN, GITLIN & BEAUMONT

8 | By:_____
  | Larry F. Gitlin
9 | Attorneys for Plaintiff
  | ACE TEXTILE, INC.